IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DELILAH TUCKER,,

                                                                   ORDER

                      Plaintiff,

                                                                   08-cv-24-bbc

     v.

GARY GEORGE and
DAN ROSMILLER,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Delilah Tucker has filed a request for an extension of time in which to try to obtain the services of a new lawyer. Plaintiff says that she has been unsuccessful in her efforts.

      I will give plaintiff three more weeks, or until November 26, 2008, in which to advise the court that she has found new counsel or to tell the court that she will represent herself in this matter.

      I understand plaintiff's frustration that her previous counsel, Victor Arellano, is precluded from representing her in this case because of conflicts in the representation. It is unfortunate that plaintiff is the victim of circumstances not of her making.

1

ORDER

The status conference set for November 7, 2008 is continued until November 26, 2008 at 8:30 a.m. Counsel for plaintiff is responsible for setting up the call to chambers at (608) 264-5447.

Entered this 4th day of November, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2