IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DELILAH TUCKER,,

                                                                                         ORDER

                         Plaintiff,

                                                                                       08-cv-24-bbc

       v.

GARY GEORGE and
DAN ROSMILLER,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     During a telephone status conference with plaintiff on November 26, 2008, I gave plaintiff another two weeks or until December 10, 2008, in which to advise the court whether she has been able to obtain counsel to represent her in this case. Plaintiff is to telephone the court at 8:30 a.m. on Wednesday, December 10, 2008 at (608) 264-5447.

     Entered this 1st day of December, 2008.

                                             BY THE COURT:
                                             /s/
                                             BARBARA B. CRABB
                                             District Judge